UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    GINA LOUISE GUERIN,   NO. 5:19-04456-MJC
    CHAPTER 13

_____

FORD MOTOR CREDIT COMPANY, LLC
  vs.   Motion for Relief
GINA LOUISE GUERIN, Debtor   From Stay
JACK N. ZAHAROPOULOS, Trustee

### ORDER GRANTING FORD MOTOR CREDIT COMPANY, LLC
### RELIEF FROM STAY RE: 2014 FORD FUSION MOTOR VEHICLE

Upon consideration of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from Stay of 11 USC §362, Dkt. # 50, and with concurrence of Debtor's counsel and Trustee, it is **ORDERED**:

Effective immediately, with waiver of Fed. R. Bankr. P. 4001(a)(3), Ford Motor Credit Company, LLC is granted relief from the automatic stay of Bankruptcy Code §362a, to be free to enforce its lienholder rights as to insurance proceeds for a 2014 Ford Fusion [VIN…205743] vehicle owned by Debtor, including recovery of casualty insurance proceeds.

Any insurance proceeds in excess of the Ford Credit secured claim shall be paid to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 23, 2022