## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gina Louise Guerin | : | CHAPTER 13 |
| | : | |
| Debtors. | : | 5:19-bk-04456-MJC |
| Freedom Mortgage Corporation | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | 11 U.S.C. §362 |
| | : | |
| Gina Louise Guerin, | : | |
| | : | |
| Respondent | : | |

### ANSWER TO MOVANT'S MOTION FOR RELIEF

AND NOW, comes the Debtor, Gina Louise Guerin, by and through her Attorney, Patrick J. Best, of ARM Lawyers, who hereby answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Given the equity in the property, Movant is adequately protected.

5. Denied. Strict proof is demanded at trial.

6. Respondent is without knowledge or information sufficient to form a belief as to the truth of this averment.

7. Denied as stated. While the note calls for ongoing payments, Movant remains adequately protected due to the equity in the property.

8. Respondent is without knowledge or information sufficient to form a belief as to the truth of this averment.

9. Denied. Pursuant to Pennsylvania's Act 6, charging fees related to Motions for Relief is prohibited.

10. Denied. As stated above, Movant has adequate protection.

11. Denied. As stated above, Movant has adequate protection.

12. Denied. As stated above, Movant has adequate protection.

13. It is admitted that this is Movant's request but denied that it should be granted.

**WHEREFORE**, Debtors respectfully request that this Honorable Court deny Movant's Motion for Relief.

Date: January 11, 2024 /s/ Patrick J. Best

Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
Counsel for Debtor
Phone: 570-424-6899
Facsimile: 484.544.8625