Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:**<br>**GINA LOUISE GUERIN** | **CHAPTER**<br>**CASE NO.** | 13<br>5:19-bk-04456-MJC |
| Debtor(s) | **NATURE OF PROCEEDING:** | Motion for Relief from Stay |
| **Freedom Mortgage Corporation** | **DOCUMENT No.** | 55 |
| Plaintiff(s)/Movants | | |
| vs.<br>GINA LOUISE GUERIN | | |
| Defendant(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **January 23, 2024**    /s/ Mario Hanyon
                               Attorney for:   Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.