**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Gina Louise Guerin

Case No.: 5-19-04456 MJC

Chapter 13

**Debtor(s)**                                    **Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Freedom Mortgage Corporation |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 1097 |
| Property Address if applicable: | 187 Tahoe Ln |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,665.33 |
| b. | Prepetition arrearages paid by the trustee: | $19,665.33 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $19,665.33 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from February 2020 through October 2023 | |
| Current monthly mortgage payment: | $965.72 |
| The next post-petition payment was due on: | November 2023 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  May 30, 2024                                        Respectfully submitted,


                                                            /s/ Jack N. Zaharopoulos
                                                            Standing Chapter 13 Trustee
                                                            Suite A, 8125 Adams Drive
                                                            Hummelstown, PA  17036
                                                            Phone:  (717) 566-6097
                                                            Fax:  (717) 566-8313
                                                            email:  info@pamd13trustee.com

Re: Gina Louise Guerin

                                    Case No.: 5-19-04456 MJC

                                    Chapter 13

              **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 30, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Patrick J. Best, Esquire
Anders Riegel & Masington
18 N. 18th St
Stroudsburg PA 18360

**Served by First Class Mail**
Freedom Mortgage Corporation
PO Box 50485
Indianapolis IN 46250-0485

Gina Louise Guerin
187 Tahoe Ln
Henryville  PA 18332

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 30, 2024

                                          /s/  Liz Joyce
                                          Office of the Standing Chapter 13 Trustee
                                          Jack N. Zaharopoulos
                                          Suite A, 8125 Adams Dr.
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 19-04456**     **GINA LOUISE GUERIN**

**FREEDOM MORTGAGE CORP**
10500 KINCADE DRIVE
SUITE 300
FISHERS, IN   46037-9764

Sequence: 07
Modify:
Filed Date:
Hold Code:

Acct No: 1097

| | | Debt: | $45,488.10 | Interest Paid: | $0.00 |
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $934.13 | Paid: | $45,488.10 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| **5010** | **FREEDOM MORTGAGE CORP** | | | | | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/17/2024 | 2035344 | $934.13 | $0.00 | $934.13 | 04/25/2024 |
| | | | | | Payment for 10/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/19/2023 | 2028702 | $934.13 | $0.00 | $934.13 | 09/27/2023 |
| | | | | | Payment for 9/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/09/2023 | 2027691 | $934.13 | $0.00 | $934.13 | 08/23/2023 |
| | | | | | Payment for 8/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/11/2023 | 2026729 | $934.13 | $0.00 | $934.13 | 07/26/2023 |
| | | | | | Payment for 7/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/13/2023 | 2025813 | $934.13 | $0.00 | $934.13 | 06/26/2023 |
| | | | | | Payment for 6/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/16/2023 | 2024845 | $934.13 | $0.00 | $934.13 | 05/24/2023 |
| | | | | | Payment for 5/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/18/2023 | 2023823 | $934.13 | $0.00 | $934.13 | 04/26/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/15/2023 | 2022812 | $934.13 | $0.00 | $934.13 | 03/22/2023 |
| | | | | | Payment for 3/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/15/2023 | 2021799 | $925.26 | $0.00 | $925.26 | 02/23/2023 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/15/2023 | 2021799 | $934.13 | $0.00 | $934.13 | 02/23/2023 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/15/2023 | 2021799 | $934.13 | $0.00 | $934.13 | 02/23/2023 |
| | | | | | Payment for 1/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/15/2023 | 2021799 | $934.13 | $0.00 | $934.13 | 02/23/2023 |
| | | | | | Payment for 2/2023 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/18/2023 | 2020800 | $925.26 | $0.00 | $925.26 | 01/25/2023 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/13/2022 | 2019814 | $925.26 | $0.00 | $925.26 | 12/22/2022 |
| | | | | | Payment for 9/2022 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/17/2022 | 2015717 | $925.26 | $0.00 | $925.26 | 09/07/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/17/2022 | 2015717 | $925.26 | $0.00 | $925.26 | 09/07/2022 |
| | | | | | Payment for 8/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/14/2022 | 2013703 | $925.26 | $0.00 | $925.26 | 07/13/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/14/2022 | 2013703 | $925.26 | $0.00 | $925.26 | 07/13/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/14/2022 | 2013703 | $925.26 | $0.00 | $925.26 | 07/13/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/12/2022 | 2011591 | $925.26 | $0.00 | $925.26 | 04/28/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/16/2022 | 2009598 | $925.26 | $0.00 | $925.26 | 03/15/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2022 | 2008603 | $925.26 | $0.00 | $925.26 | 02/09/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/15/2021 | 2007592 | $925.26 | $0.00 | $925.26 | 12/29/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/16/2021 | 2006565 | $921.09 | $0.00 | $921.09 | 11/24/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/14/2021 | 2005523 | $921.09 | $0.00 | $921.09 | 10/29/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/14/2021 | 2004503 | $921.09 | $0.00 | $921.09 | 09/22/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/18/2021 | 2003462 | $921.09 | $0.00 | $921.09 | 08/27/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/14/2021 | 2002424 | $921.09 | $0.00 | $921.09 | 07/29/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/16/2021 | 2001447 | $921.09 | $0.00 | $921.09 | 06/30/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/18/2021 | 2000432 | $921.09 | $0.00 | $921.09 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/15/2021 | 1229058 | $921.09 | $0.00 | $921.09 | 04/27/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/17/2021 | 1228034 | $921.09 | $0.00 | $921.09 | 03/29/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/17/2021 | 1227027 | $921.09 | $0.00 | $921.09 | 02/24/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2021 | 1226003 | $921.09 | $0.00 | $921.09 | 02/02/2021 |
| | | | | | Payment for 1/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | DisbDescrp | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $921.09 | $0.00 | $921.09 | 12/29/2020 |
| | | | | | Payment for 12/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/03/2020 | 1223323 | $995.03 | $0.00 | $995.03 | 11/13/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/15/2020 | 1222466 | $1,005.12 | $0.00 | $1,005.12 | 10/23/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/15/2020 | 1222466 | $1,005.12 | $0.00 | $1,005.12 | 10/23/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/17/2020 | 1221425 | $1,005.12 | $0.00 | $1,005.12 | 09/24/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,005.12 | $0.00 | $1,005.12 | 08/27/2020 |
| | | | | | Payment for 7/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/07/2020 | 1219326 | $1,005.12 | $0.00 | $1,005.12 | 07/22/2020 |
| | | | | | Payment for 6/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 5/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 11/2019 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 12/2019 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 1/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 2/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 3/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/02/2020 | 1218318 | $1,005.12 | $0.00 | $1,005.12 | 06/15/2020 |
| | | | | | Payment for 4/2020 | | | |

Sub-totals: $45,488.10    $0.00   $45,488.10

Grand Total: $45,488.10    $0.00

# Disbursements for Claim

**Case:** 19-04456    **GINA LOUISE GUERIN**

**FREEDOM MORTGAGE CORPORATION**
10500 KINCAID DRIVE
CASH PROCESSING
FISHERS, IN 46037-

Sequence: 24
Modify:
Filed Date: 12/10/2019 12:00:00AM
Hold Code:

Acct No: 1097/PRE ARREARS/187 TAH(

|  | | Debt: | $19,665.33 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $82,034.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $19,665.33 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **FREEDOM MORTGAGE CORPORATION** | | | | | | | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/22/2024 | 2036341 | $327.27 | $0.00 | $327.27 | |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/17/2024 | 2035347 | $12,902.17 | $0.00 | $12,902.17 | 04/29/2024 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/17/2022 | 2015720 | $600.81 | $0.00 | $600.81 | 09/08/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/14/2022 | 2013706 | $78.84 | $0.00 | $78.84 | 07/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009599 | $506.26 | $0.00 | $506.26 | 03/15/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008605 | $506.26 | $0.00 | $506.26 | 02/09/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007594 | $457.02 | $0.00 | $457.02 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006567 | $457.01 | $0.00 | $457.01 | 11/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $43.80 | $0.00 | $43.80 | 10/29/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $3,340.77 | $0.00 | $3,340.77 | 06/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/15/2020 | 1222468 | $445.12 | $0.00 | $445.12 | 10/23/2020 |

Sub-totals: $19,665.33    $0.00 $19,665.33

Grand Total: $19,665.33    $0.00