United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04456-MJC |
| Gina Louise Guerin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 12, 2024 | Form ID: fnldecnd | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Louise Guerin, 187 Tahoe Ln, Henryville, PA 18332-7184 |
| 5258876 | + | Berkheimer Tax Administrator, 50 North 7th Street, Bangor, PA 18013-1731 |
| 5258878 | + | Direct TV, P.O. Box 930170, Dallas, TX 75393-0001 |
| 5442348 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5258885 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 5258889 | + | St Luke's Physician Group, PO Box 25837, Salt Lake City, UT 84125-0837 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:51:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258875 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2024 18:41:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 5258877 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2024 18:50:55 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5278789 | | Email/PDF: bncnotices@becket-lee.com | Sep 12 2024 18:50:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5274737 | | Email/Text: G06041@att.com | Sep 12 2024 18:41:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5265157 | | Email/Text: EBNBKNOT@ford.com | Sep 12 2024 18:41:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5304708 | | Email/Text: EBNBKNOT@ford.com | Sep 12 2024 18:41:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Spring, CO 80962 |
| 5280481 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2024 18:41:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5258879 | + | Email/Text: EBNBKNOT@ford.com | Sep 12 2024 18:41:00 | Ford Motor Credit Comp, Po Box Box 542000, Omaha, NE 68154-8000 |
| 5442349 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2024 18:41:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5258880 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2024 18:41:00 | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 5258881 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2024 18:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5258882 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2024 18:51:02 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |

| Recipient # | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5258883 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 12 2024 18:40:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 5258884 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2024 18:41:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5279670 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2024 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5274404 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:50:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5258886 | + | Email/Text: bkrgeneric@penfed.org | Sep 12 2024 18:40:00 | Pentagon, P O Box 1432, Alexandria, VA 22313-1432 |
| 5258887 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:50:55 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 5258888 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 18:51:14 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5258890 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2024 18:51:06 | Syncb/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 5259300 | ^ | MEBN | Sep 12 2024 18:42:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5285280 | + | Email/Text: bncmail@w-legal.com | Sep 12 2024 18:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5258891 | + | Email/Text: bncmail@w-legal.com | Sep 12 2024 18:41:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5282219 | | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2024 18:51:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name**  **Email Address**
Denise E. Carlon

| Name | Details |
|---|---|
| | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Patrick James Best | on behalf of Debtor 1 Gina Louise Guerin patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Gina Louise Guerin, <br> aka Gina Guerin−Hernandez, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−04456−MJC |

Social Security No.:
    xxx−xx−6555

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Gina Louise Guerin** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 12, 2024

**fnldec** (01/22)