Certificate Number: 15111-PAM-DE-038914251

Bankruptcy Case Number: 19-04456



15111-PAM-DE-038914251

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2024, at 12:52 o'clock PM EDT, Gina Louise Guerin completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  September 29, 2024

By:  /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education