United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04456-MJC |
| Gina Louise Guerin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina Louise Guerin, 187 Tahoe Ln, Henryville, PA 18332-7184 |
| 5258876 | + | Berkheimer Tax Administrator, 50 North 7th Street, Bangor, PA 18013-1731 |
| 5258878 | + | Direct TV, P.O. Box 930170, Dallas, TX 75393-0001 |
| 5442348 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5258885 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 5258889 | + | St Luke's Physician Group, PO Box 25837, Salt Lake City, UT 84125-0837 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 17 2024 22:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5258875 | + | EDI: TSYS2 | Oct 17 2024 22:42:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 5258877 | | EDI: CAPITALONE.COM | Oct 17 2024 22:42:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 5278789 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2024 18:55:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5274737 | | EDI: DIRECTV.COM | Oct 17 2024 22:42:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5265157 | | Email/Text: EBNBKNOT@ford.com | Oct 17 2024 18:42:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 5304708 | | Email/Text: EBNBKNOT@ford.com | Oct 17 2024 18:42:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Spring, CO 80962 |
| 5280481 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2024 18:42:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5258879 | + | Email/Text: EBNBKNOT@ford.com | Oct 17 2024 18:42:00 | Ford Motor Credit Comp, Po Box Box 542000, Omaha, NE 68154-8000 |
| 5258880 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 17 2024 18:42:00 | Freedom Mortgage Corp, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 5258881 | + | EDI: IRS.COM | Oct 17 2024 22:42:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5258882 | | EDI: JPMORGANCHASE | Oct 17 2024 22:42:00 | Jpmcb Card, Po Box 15298, Wilmington, DE 19850 |
| 5258883 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 17 2024 18:42:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5258884 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 18:42:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 5279670 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 18:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5274404 | | EDI: PRA.COM | Oct 17 2024 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5258886 | + | Email/Text: bkrgeneric@penfed.org | Oct 17 2024 18:42:00 | Pentagon, P O Box 1432, Alexandria, VA 22313-1432 |
| 5258887 | + | EDI: PRA.COM | Oct 17 2024 22:42:00 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 5258888 | + | EDI: PRA.COM | Oct 17 2024 22:42:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5258890 | + | EDI: SYNC | Oct 17 2024 22:42:00 | Syncb/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 5259300 | ^ | MEBN | Oct 17 2024 18:37:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5285280 | + | Email/Text: bncmail@w-legal.com | Oct 17 2024 18:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5258891 | + | EDI: WTRRNBANK.COM | Oct 17 2024 22:42:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 5282219 | | EDI: AIS.COM | Oct 17 2024 22:42:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5442349 | * | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

**Name**        **Email Address**

Denise E. Carlon
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Howard Gershman
    on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Patrick James Best
    on behalf of Debtor 1 Gina Louise Guerin patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

Ryan Starks
    on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Gina Louise Guerin | | Social Security number or ITIN: xxx–xx–6555<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:19-bk-04456-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gina Louise Guerin
aka Gina Guerin-Hernandez

10/17/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**